**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL NOS.  3:01CR85-6 & 3:04CR3**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **BRADLEY THOMAS WALLACE** | ) | |
| | ) | |

**THESE MATTERS** are before the Court *sua sponte* to continue the supervised release violation hearings scheduled for Monday, June 6, 2005, in Statesville.

The Court has been advised that this Defendant has been charged in a new indictment, *United States v. Johnson, et al.*, Criminal No. 3:05cr62; therefore, in the interest of judicial economy, the Court finds that the hearings in these cases should be continued until after Defendant's plea or trial on the charges contained in the new indictment.

**IT IS, THEREFORE, ORDERED** that the hearings on Defendant's supervised release violations are hereby **CONTINUED**.  The Clerk is requested to reassign these matters to another judicial officer.

**Signed: May 25, 2005**

Lacy H. Thornburg
United States District Judge