IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:01CR85-6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| BRADLEY THOMAS WALLACE | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the supervised release violation hearing scheduled for Wednesday, August 10, 2005, in Statesville.

The Court has been advised that this Defendant has been charged in a new indictment, *United States v. Johnson, et al.*, Criminal No. 3:05cr62; therefore, in the interest of judicial economy, the Court finds that the hearing in this case should be continued until after Defendant's plea or trial on the charges contained in the new indictment.

**IT IS, THEREFORE, ORDERED** that the hearing on Defendant's supervised release violation is hereby **CONTINUED**. The Clerk is requested not to reschedule this matter until such time as the new charges have been resolved.

**Signed: July 28, 2005**

Lacy H. Thornburg
United States District Judge