AO 245D (WDNC Rev. 4/04) Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

BRADLEY THOMAS WALLACE

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 3:01CR85-6-T & 3:04CR3-1-T
USM Number: 17375-058

Scott Gsell
Defendant's Attorney

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s) <u>1, 2 & 3 in 3:01CR85-6-T & 4 in the addendum in both 3:01CR85-6-T & 3:04CR3-1-T</u> of the term of supervision.

___    Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | New law violation | 2/7/05 |
| 2 | Unauthorized travel | 2/7/05 |
| 3 | Other (associating with a convicted felon) | 2/7/05 |
| 4 | New law violation | 3/2/05 |

The Defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

___    The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:    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

Defendant's Date of Birth:    5/3/81

Defendant's Mailing Address:
c/o Mecklenburg Co. Jail
Charlotte, NC

Date of Imposition of Sentence: January 30, 2006

Signature of Judicial Officer

Lacy H. Thornburg
United States District Judge

Date: 2-7-06

FILED
STATESVILLE, N.C.
FEB 8 2006
U.S. DISTRICT COURT
DIST. OF NC

DOCUMENT SCANNED

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>FOURTEEN (14) MONTHS. THE COURT CONSOLIDATES THE 4 VIOLATIONS IN BOTH 3:01CR85-6-T AND 3:04CR3-1-T FOR THE PURPOSE OF SENTENCING.</u>

**RESTITUTION IS TO REMAIN IN EFFECT.**

\_\_ The Court makes the following recommendations to the Bureau of Prisons:

_X_ The Defendant is remanded to the custody of the United States Marshal.

\_\_ The Defendant shall surrender to the United States Marshal for this District:

  \_\_ as notified by the United States Marshal.

  \_\_ at \_\_\_ a.m. / p.m. on \_\_\_.

\_\_ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  \_\_ as notified by the United States Marshal.

  \_\_ before 2 p.m. on \_\_\_.

  \_\_ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal